■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GRUBBS, Appellant.— Appeal by defendant from an order of the County Court, Westchester County, dated August 4, 1960, which denied, without a hearing, his *coram nobis* application to vacate a judgment of that court, rendered July 12, 1955, convicting him, after a jury trial, of burglary in the third degree and sentencing him, as a second felony offender, to serve a term of 5 to 10 years. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST VERNE HOLLEY, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered January 12, 1960, convicting him, after a jury trial, of grand larceny in the first degree, and sentencing him to serve a term of 5 to 10 years. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.